1  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN: 181317)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile (415) 397-8549
4
   SEYFARTH SHAW LLP
5  Kristine K. Blanco (SBN: 214250)
   400 Capitol Mall, Suite 2350
6  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
7  Facsimile: (916) 558-4839

8  Attorneys for Defendant
   STATE FARM INSURANCE COMPANIES LONG TERM DISABILITY INSURANCE PLAN
9  and LIFE INSURANCE COMPANY OF NORTH AMERICA

10                   UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12

13 | KATHLEEN LUPIEN, | ) | Case No. CIV S 03-2666 WBS PAN |
   |                  | ) | |
14 |      Plaintiff,  | ) | **STIPULATION FOR DISMISSAL** |
   |                  | ) | **WITH PREJUDICE** |
15 |      v.          | ) | |
   |                  | ) | |
16 | STATE FARM INSURANCE COMPANIES | ) | |
   | BENEFIT PLAN     | ) | |
17 |                  | ) | |
   |      Defendant.  | ) | |
18 |                  | ) | |
   |                  | ) | |
19 | LIFE INSURANCE COMPANY OF NORTH | ) | |
   | AMERICA          | ) | |
20 |                  | ) | |
   |      Real Party in Interest | ) | |

21 |_____| ) |

22

23         Plaintiff Kathleen Lupien and Defendants State Farm Insurance Companies Long Term

24 Disability Plan and Life Insurance Company of North America have reached a resolution of this

25 matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to

26 Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

27 ///

28 ///

                                    1

///

The parties seek the Court's approval of dismissal of this action with prejudice, through the order listed *infra*.

DATED: July 28, 2005                          PADWAY & PADWAY


By_____
                Larry Padway
Attorneys for Plaintiff
KATHLEEN LUPIEN


DATED:  July 28, 2005                         SEYFARTH SHAW LLP


By_____
                Kristine K. Blanco
Attorneys for Defendants
STATE FARM INSURANCE
COMPANIES LONG TERM DISABILITY
INSURANCE PLAN and LIFE
INSURANCE COMPANY OF NORTH
AMERICA


**IT IS SO ORDERED.**

Date:  August 9, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1    SC1 17063926.1 / 25399-000094

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL / Case No. CIV.S-03-2666 WBS PAN